# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 14, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

157335-7(142)
157340-2

MELISSA MAYS, MICHAEL ADAM MAYS,
JACQUELINE PEMBERTON, KEITH JOHN
PEMBERTON, ELNORA CARTHAN,
RHONDA KELSO, and ALL OTHERS
SIMILARLY SITUATED,
        Plaintiffs-Appellees,

v

GOVERNOR OF MICHIGAN, STATE OF
MICHIGAN, DEPARTMENT OF
ENVIRONMENTAL QUALITY, and
DEPARTMENT OF HEALTH AND HUMAN
SERVICES,
        Defendants-Appellants,
and

DARNELL EARLEY and JERRY AMBROSE,
        Defendants-Appellees,
and

CITY OF FLINT,
        Not Participating.
_____/

SC: 157335-7
COA: 335555, 335725, 335726
Ct of Claims: 16-000017-MM

MELISSA MAYS, MICHAEL ADAM MAYS,
JACQUELINE PEMBERTON, KEITH JOHN
PEMBERTON, ELNORA CARTHAN,
RHONDA KELSO, and ALL OTHERS
SIMILARLY SITUATED,
        Plaintiffs-Appellees,

v

SC: 157340-2
COA: 335555, 335725, 335726
Ct of Claims: 16-000017-MM

GOVERNOR OF MICHIGAN, STATE OF
MICHIGAN, DEPARTMENT OF
ENVIRONMENTAL QUALITY, and
DEPARTMENT OF HEALTH AND HUMAN
SERVICES,
         Defendants-Appellees,
and

DARNELL EARLEY and JERRY AMBROSE,
         Defendants-Appellants,
and

CITY OF FLINT,
         Not Participating.
_____/


        On order of the Chief Justice, the joint motion of the Natural Resources Defense Council, the American Civil Liberties Union of Michigan, and the Great Lakes Environmental Law Center for leave to file a brief amicus curiae is GRANTED. The amicus brief submitted on January 10, 2020, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 14, 2020         

                                          Clerk